# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jaime Leonel Orellana Brito, (#123793), (A206304466) | ) ) ) | |
| *Petitioner*, | ) ) | |
| v. | ) ) | Case No: 15 C 50153 |
| Chief Director of the Department of Homeland Security, et al., | ) ) ) ) | |
| *Respondents*. | ) | Judge Frederick J. Kapala |

## ORDER

This case is transferred forthwith to the United States District Court for the Southern District of Illinois, at Benton, Illinois. The Clerk is instructed to update the docket to reflect that Petitioner's Immigration Number is A206304466 and his current address is at the Tri-County Detention Center, 1026 Shawnee College Road, Ullin, Illinois 62992. The Clerk shall also send Petitioner a copy of this order at the McHenry County Jail, and the Tri-County Detention Center. The Clerk shall close this case number on the Court's docket.

## STATEMENT

Petitioner Jaime Leonel Orellana Brito, an alien detained by United States Immigration and Customs Enforcement (ICE), brings a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner states in the original petition that he is being held at the McHenry County Jail. The ICE Online Detainee Locator webpage, available at https://locator.ice.gov/odls/homePage.do (last visited July 27, 2015), shows Petitioner is detained by ICE at the Tri-County Detention Center, 1026 Shawnee College Road, Ullin, Illinois 62992. Ullin is in Pulaski County, Illinois. Pulaski County is located in the judicial district for the United States District Court for the Southern District of Illinois. 28 U.S.C. § 93(c).

The sole venue for a § 2241 habeas corpus petition is the judicial district where Petitioner is detained. Webster v. Daniels, 784 F.3d 1123, 1144 (7th Cir. 2015) (en banc) (citing Rumsfeld v. Padilla, 542 U.S. 426, 434-35 (2004)). The Court understands that Petitioner was at the McHenry County Jail when he filed the petition, but was later transferred to the Tri-County Detention Center during the pending litigation.

The Court cannot adjudicate a habeas corpus petition filed under 28 U.S.C. § 2241 when the Petitioner is no longer located in the Court's judicial district. Moore v. Olson, 368 F.3d 757, 758 (7th Cir. 2004). A petitioner who is transferred while litigation is pending need not refile in the new district where he is located. Id. The appropriate action is to transfer the case to the new district

where Petitioner is located. Blumeyer v. Hollingsworth, No. 08-430-JPG-CJP, 2010 WL 1488522, at *3 (S.D. Ill. Apr. 12, 2010). This case is transferred to the United States District Court for the Southern District of Illinois, at Benton, Illinois.

Date: 7/27/2015

ENTER:

_____
FREDERICK J. KAPALA

District Judge